# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| Lisa Grevlos and Paul Nesheim,<br><br>Plaintiffs,<br><br>v.<br><br>Augustana University,<br><br>Defendant. | Case No.: 4:23-CV-04086-KES<br><br>**STIPULATION FOR ENTRY OF ORDER MODIFYING BRIEFING SCHEDULE** |

Plaintiffs Lisa Grevlos and Paul Nesheim and Defendant Augustana University, by and through counsel, hereby stipulate to the following:

1. That on July 27, 2023, Defendant filed a Motion to Dismiss or, in the Alternative, Motion for More Definite Statement [Dkt. 12].

2. That under the Local Rules, absent any extension of time, Plaintiffs' opposition to Defendant's motion would be due on August 17, 2023 and Defendant's reply in support would be due August 31, 2023.

3. That counsel for the parties have discussed and mutually agreed to an extended briefing schedule that would better accommodate counsel's previously scheduled deadlines in other pending matters.

4. That Plaintiffs may have until August 31, 2023 to respond to Defendant's Motion to Dismiss or, in the Alternative, Motion for More Definite Statement; and

5. That Defendant may have until September 21, 2023 to file its reply in support of its Motion to Dismiss or, in the Alternative, Motion for More Definite Statement.

Dated: August 1, 2023

*/s/ Rollyn H. Samp*
Rollyn H. Samp, SD #1511
**SAMP LAW OFFICES**
2101 W 41st Street, Suite 2000
Sioux Falls, SD 57105
Telephone: (605) 339-1020
Fax: (605) 334-5660
rsamp@samplaw.com

Susan E. Ellingstad, MN #0243346
(*pro hac vice*)
Rachel A. Kitze Collins, MN #0396555
(*pro hac vice*)
Kailey C. Mrosak, MN #0400190
(*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. South, Suite 2200
Minneapolis, MN  55401
Telephone: (612) 339-6900
Fax: (612) 339-0981
seellingstad@locklaw.com
rakitzecollins@locklaw.com
kcmrosak@locklaw.com

**ATTORNEYS FOR PLAINTIFFS**

Dated: 07/31/23

s/ *Alayna Holmstrom*
Vince M. Roche
Reece M. Almond
Alayna A. Holmstrom
**DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.**
206 West 14th Street
P.O. Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Fax: (605) 335-3639
vroche@dehs.com
ralmond@dehs.com
aholmstrom@dehs.com

**ATTORNEYS FOR DEFENDANT**

2