# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| Lisa Grevlos and Paul Nesheim,<br><br>                    Plaintiffs,<br><br>v.<br><br>Augustana University,<br><br>                    Defendant. | Case No.: 4:23-cv-04086-KES<br><br>**STIPULATION FOR PROTECTIVE ORDER** |

The parties, by and through their counsel of record, stipulate that the Court should enter the proposed Protective Order that is submitted with this Stipulation for Protective Order. Prior to commencing the discovery process, the parties have agreed to the attached Protective Order for the exchange and handling of confidential information. Accordingly, the parties respectfully request that the attached proposed Protective Order be entered by the Court.

Dated at Sioux Falls, South Dakota, this 6th day of February, 2024.

SAMP LAW OFFICES

/s/ Rollyn H. Samp
Rollyn H. Samp (SD #1511)
2101 W. 41st Street, Suite 2000
Sioux Falls, SD 57105 Email:
rsamp@samplaw.com

[*signature page to follow*]

Dated at Minneapolis, Minnesota this 6th day of February, 2024.

LOCKRIDGE GRINDAL NAUEN PLLP

/s/ Rachel A. Kitze Collins
Susan E. Ellingstad
Rachel A. Kitze Collins
Kailey C. Mrosak
100 Washington Ave. South, Suite 2200
Minneapolis, MN 55401
Email: seellingstad@locklaw.com
  rakitzecollins@locklaw.com
  kcmrosak@locklaw.com
*Attorneys for Plaintiffs*

[*signature page to follow*]

Dated at Sioux Falls, South Dakota, this 6th day of February, 2024.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P

_____
Vince M. Roche
Reece M. Almond
Alayna A. Holmstrom
206 West 14th Street
P.O. Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
Email: aholmstrom@dehs.com
　　　　ralmond@dehs.com
　　　　vroche@dehs.com
*Attorneys for Defendant Augustana University*